UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Kesharra S. Miller,<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   16-39682<br><br>Chapter:  7<br>Honorable Timothy Barnes |

## ORDER GRANTING APPLICATION TO EMPLOY
## THEODOROS & ROOTH, P.C. AS SPECIAL COUNSEL

Upon consideration of the Application of N. Neville Reid, not individually, but solely in his capacity as the chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Kesharra S. Miller (the "Debtor"), to employ Theodoros & Rooth, P.C. ("Theodoros") as Special Counsel (the "Application") and the Declaration of Holly S.C. Wojcik attached to and in support of the Application (the "Wojcik Declaration"); this Court being fully advised; with due notice having been given; it appearing that Theodoros does not represent or hold any interest adverse to the Trustee or the Debtor or to the Estate with respect to the matters upon which Theodoros is to be employed; it appearing that the relief requested in the Application is in the best interests of the Debtor, the Estate, creditors, and other parties in interest; this proceeding constituting a core proceeding pursuant to 28 U.S.C. § 157(b); and this Order constituting a final order pursuant to 28 U.S.C. § 158(a),

IT IS HEREBY ORDERED THAT:

1. The Trustee is hereby authorized to employ Theodoros as special counsel effective immediately.

2. Theodoros shall be compensated in accordance with the terms of the Application, subject to the procedures set forth in the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, and any orders of this Court.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  February 22, 2021

**Prepared by:**

N. Neville Reid (ARDC #6195837)
FOX SWIBEL LEVIN & CARROLL LLP
200 West Madison Street, Suite 3000
Chicago, IL 60606
Ph: 312.224.1200
Fax: 312.224.1201